IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KORY DYER and<br>SUMER LYNN DYER, | § <br> § <br> § | No. 515, 2025 |
| Petitioners Below,<br>Appellants, | § <br> § <br> § <br> § | Court Below–the Court of<br>Chancery of the State of<br>Delaware |
| v. | § <br> § | |
| JANINA M. SERVINO and<br>JAMES J. SERVINO, III, | § <br> § <br> § | C.A. No. 2020-0062 |
| Respondents Below,<br>Appellees. | § <br> § <br> § | |

Submitted: June 17, 2026
Decided: July 23, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's Post-Trial Memorandum Opinion dated November 5, 2025, and Final Order dated November 24, 2025.[1]

---

[1] It appears evident to this Court that the width of the express easement over Lot 5 is 25.04 ft. *See, e.g.*, A145 (Trial Ex. 15); A163 (Trial Ex. 20). The portion of the jughandle that falls within those 25.04 ft. is included in the express easement.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice